E-FILED
Wednesday, 19 December, 2018  04:15:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED

DEC 1 9 2018

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cr-20058 |
| | ) | |
| JOSHUA E. LANGE, | ) | |
| | ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

On August 21, 2018, this Court entered a Preliminary Order of Forfeiture and

Seizure pursuant to the provisions of 18 U.S.C. § 2253, incorporating by reference the

provisions of 21 U.S.C. § 853, based upon the Defendant Joshua E. Lange's guilty plea

and stipulation to the conduct which forms the basis of the forfeiture allegations of the

Indictment;

Commencing on September 26, 2018, and continuing for thirty days thereafter,

the United States posted on an official government internet site (www.forfeiture.gov)

notice of this forfeiture and of the intent of the United States to dispose of the property

in accordance with law and further notifying all third parties of their right to petition

the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged

legal interest in the property; and

This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, the Government's Motion for a Final Order of Forfeiture is granted and IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      All right, title, and interest in and to the following items:

      (A)    One (1) Black Motorola Smartphone, Serial Number 1HDT56PK1;

      (B)    One (1) White LG Smartphone, Serial Number 703CYMR1547507;

      (C)    One (1) LG VS500 Smartphone, Serial Number 606CYXM0011530; and

      (D)    One (1) Samsung Galaxy Note 5 Smartphone, Serial Number 990007010358098

are hereby forfeited to the United States.

2.      The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

ENTERED this _19_ day of _Dec_, 2018.

s/ James E. Shadid

United States Chief Judge James E. Shadid